# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 22, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00196HG |
| CASE NAME: | U.S.A. vs. (01) HENRY LANI |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | Pamela J. Byrne |
| U.S.P.O.: | Lisa K.T. Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | March 22, 2006 | TIME: | 11:00 - 11:30 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.
The defendant admitted to Violation No. 7.  He previously admitted to Violations 1 - 6.

The Court finds that this is a Grade C violation, Criminal History Category I.

Allocution by the defendant.

The supervised release is revoked.

ADJUDGED: Impr of 11 mos.

SUPERVISED RELEASE: 24 mos upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants.

10. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11. That the defendant serve 180 months community confinement, in a community corrections center such as Mahoney Hale, as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

12. That the defendant reside on the island of Oahu and not travel or relocate to the island of Hawaii without the prior approval of the Probation Office.

Advised of rights to appeal the sentence.
The April 10, 2006 hearing on OSC Why Supervised Release Should Not Be Revoked is rendered moot.

Submitted by: David H. Hisashima, Courtroom Manager