# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 6, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR. 00-000196HG

CASE NAME:       U.S.A. vs. HENRY LANI

JUDGE:     Helen Gillmor              REPORTER:

DATE:      April 6, 2006              TIME:

COURT ACTION:              **MINUTE ODER**

    The Minutes of March 22, 2006 as it relates to Condition No.11 of the Conditions of Supervised Release is amended to read:

That the defendant serve 180 days community confinement, in a community corrections center such as Mahoney Hale, as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

    Submitted by: David H. Hisashima, Courtroom Manager