# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00196HG-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) HENRY LANI |
| ATTYS FOR PLA: | Chris A. Thomas, AUSA |
| ATTYS FOR DEFT: | (01) Pamela J. Byrne, AFPD |
| U.S.P.O.: | Fituina F. Tua |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | October 15, 2007 | TIME: | 2:45 - 3:15 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (01) HENRY LANI -

The defendant is present in custody.

The defendant denied as to failure to notify the Probation Officer as to change in residence and admitted as to failure to notify the Probation Officer as to change of employment - Violation No. 1.

The defendant admitted to Violation Nos. 2, and 3.

The Court finds that this is a Grade C violation, Criminal History Category I.

Allocution by the defendant.

Supervised Release is revoked.

    ADJUDGED: Impr. of six (6) MONTHS.

No supervised release to follow.

Advised of rights to appeal the sentence, etc.

    Submitted by: Mary Rose Feria, Courtroom Manager