AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 00-00196HG-01 |
| HENRY LANI | |
| (Name and Address of Defendant) | |

**To:** The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST HENRY LANI and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court, charging him or her with (brief description of offense)

Violations of Supervised Release

SEALED
BY ORDER OF THE COURT

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | September 13, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at  NO BAIL            By: Helen Gillmor, Chief United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at USMS office Honolulu HI.

| Date Received 9/13/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 10/15/07 | Noran Sasaki | *(signature)* |

*Stamps: ORIGINAL; RECEIVED 2007 SEP 13 PM 3:29 U.S. MARSHALS SERVICE HONOLULU, HI.; FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII OCT 30 2007 at 3 o'clock and 15 min PM, SUE BEITIA, CLERK*