AO 245B  (Rev. 6/05) Judgment in a Criminal Case
        Sheet 2 - Imprisonment

CASE NUMBER:   1:00CR00196-001 HG                           Judgment - Page 3 of 3
DEFENDANT:     HENRY LANI

# IMPRISONMENT

CC'd Financial

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 6 MONTHS.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 30 2007
at 9 o'clock and 35 min  M.
SUE BEITIA, CLERK

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on   11-09-07   to   FDC Honolulu
at      Honolulu HI          , with a certified copy of this judgment.

                                                        Linda T McGrew
                                               WARDEN   ~~UNITED STATES MARSHAL~~

                                               By       W. Tsai
                                                 LJE    ~~Deputy U.S. Marshal~~

**ORIGINAL**

AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**HENRY LANI**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number:   1:00CR00196-001<br>USM Number:   87639-022<br>Pamela J. Byrne, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**
- [✔] admitted guilt to Standard Condition Nos. 2, 3, and 6 of the term of supervision.
- [ ] was found in violation of condition(s) ___ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 15, 2007
Date of Imposition of Sentence

Defendant's Soc. Sec. No.:   **0309**

Defendant's Residence Address:
**Pearl City, Hawaii 96782**

Signature of Judicial Officer

Defendant's Mailing Address:
**Pearl City, Hawaii 96782**

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By_____ Deputy

10-18-07
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 1:00CR00196-001 | |
| DEFENDANT: | HENRY LANI | |

## ADDITIONAL VIOLATION

**Violation Number**     **Nature of Violation**     **Date Violation Concluded**

1. That on or about 8/7/07, the offender failed to notify the Probation Office 10 days prior to a change in employment.

2. The offender failed to submit in a timely manner Monthly Supervision Reports (MSRs) for the months of March 2007, April 2007, May 2007, and June 2007; and that the offender failed to submit MSRs for July 2007 and August 2007.

3. That the offender failed to follow instructions issued by the Probation Officer on 8/10/07, 8/27/07, and 9/5/07.